IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| United States of America | ) | |
|---|---|---|
| | ) | |
| v. | ) | Case No. 1:09cr543(GBL) |
| | ) | |
| Hilmer Palacious-Ruiz, | ) | |
| | ) | |
| Defendant. | ) | |

### ORDER

THIS MATTER is before the Court for an arraignment. Defendant has waived a formal reading of the Indictment, entered a plea of not guilty, and requested a one day trial by jury. It is hereby

ORDERED that this matter is scheduled for a trial by jury to commence on Wednesday, February 24, 2010, at 10 a.m. It is further

ORDERED that the pre-trial motions hearing is scheduled for Friday, February 12, 2010, at 9 a.m. All motions are to be filed by January 26, 2010, and all responses are due February 3, 2010. It is further

ORDERED that should either party file a motion requiring the presentation of witnesses and/or evidence, that party is to contact chambers contemporaneous with the filing of said motion

to set a date certain for oral argument on a date other than a Friday. **No motions to suppress evidence will be heard on Fridays.** It is further

ORDERED that the parties are to submit two (2) courtesy copies of all filings directly to chambers.

The Clerk is directed to forward a copy of this Order to counsel.

Entered this 7th day of January, 2010.

Alexandria, Virginia

/s/
Gerald Bruce Lee
United States District Judge